UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. FASBURG,<br>    Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. 1:13-cv-708<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

In accordance with the Opinion and Order Adopting the Magistrate Judge's Report and Recommendation entered today, judgment is hereby entered in favor of Defendant and against Plaintiff.

Date:  September 29, 2014                                       /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge